UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-8831-GW(JEMx) | Date | May 25, 2018 |
|---|---|---|---|
| Title | *Antonio Gonzalez v. Experian Information Solutions, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  IN CHAMBERS - ORDER TO SHOW CAUSE RE: SETTLEMENT**

On May 24, 2018, Plaintiff Antonio Gonzalez filed a Notice of Settlement. The Court sets an Order to Show re: Settlement Hearing for July 12, 2018 at 8:30 a.m. The parties are advised that the hearing will be vacated, and no appearance will be required provided a stipulation to dismiss, is filed by noon on July 11, 2018.

All previously set deadlines and dates are vacated and taken off-calendar.

Initials of Preparer    JG