JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GONZALEZ<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No.: CV 17-8831-GW(JEMx)<br><br>**ORDER** |

Upon review of the Stipulation for Dismissal with Prejudice, filed by Plaintiff and Defendant, and good cause appearing,

IT IS ORDERED that the Stipulation is GRANTED. The above entitled matter is hereby dismissed with prejudice, with the parties to bear their own costs and attorneys' fees. The Clerk of the Court shall terminate this action

Dated: July 11, 2018.

*George H. Wu*
_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER